Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | |
| Fosamax Products Liability Litigation | : | 1:06-md-1789 (JFK) |
| | : | |

------------------------------------------------x

| | | |
|---|---|---|
| *This Document Relates to:* | : | **NOTICE OF APPEARANCE** |
| Ramona Chavez | : | |
| v. Merck & Co., Inc. | : | |
| | : | |
| Case No: 1:08-cv-4172-JFK | : | |

------------------------------------------------x

        PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: June 2, 2008
      New York, New York          Respectfully submitted,


By: _____/s/_____
   Paul F. Strain


   Venable LLP
   750 E. Pratt Street
   Suite 900
   Baltimore, MD 21202
   (410)-244-7717
   Fax: (410)-244-7742
   Email: pfstrain@venable.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 2, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                    /s/
             Paul F. Strain

             Venable LLP
             750 E. Pratt Street
             Suite 900
             Baltimore, MD 21202
             (410)-244-7717
             Fax: (410)-244-7742
             Email: pfstrain@venable.com