Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :     1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                         :     **NOTICE OF APPEARANCE**
Ramona Chavez                                       :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-4172-JFK                           :
------------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: June 2, 2008
     New York, New York

Respectfully submitted,

By:     /s/
    David J. Heubeck

Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
Tel:  (410) 244-7731
Fax:  (410) 244-7742
Email: djheubeck@venable.com

Case 1:08-cv-04172-JFK    Document 8    Filed 06/02/2008    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                      /s/
                              David J. Heubeck


                              Venable LLP
                              750 E. Pratt Street
                              Suite 900
                              Baltimore, MD 21202
                              Tel:   (410) 244-7731
                              Fax:  (410) 244-7742
                              Email: djheubeck@venable.com